UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 2 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YOUNG YIL JO, AKA Clara Cortez, AKA Son Oswald Cesar, AKA Kun Nam Lee, AKA Jin Hee Yi, AKA Justin Yool Oh, AKA Kryst Zawadzki, AKA: Son Oswald Cesar,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF JUSTICE,<br><br>    Defendant - Appellee. | No. 25-517<br><br>D.C. No. 2:24-cv-02433-AB-PVC<br>Central District of California, Los Angeles<br><br>ORDER |

Before: S.R. THOMAS, SILVERMAN, and BENNETT, Circuit Judges.

    This court has reviewed the notices of appeal and the district court record pursuant to the pre-filing review order entered in appeal No. 13-80149. The appeal lacks sufficient merit to proceed. *See In re Thomas*, 508 F.3d 1225, 1227 (9th Cir. 2007). Appeal No. 25-517 is therefore dismissed.

    This order, served on the district court for the Central District of California, constitutes the mandate of this court.

    No further filings will be entertained.

    **DISMISSED.**